# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| AARON DESHON SPEARS, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:16-cv-2 |
| v. | * | |
| J.V. FLOURNOY, | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's May 20, 2016, Report and Recommendation, dkt. no. 18, to which Petitioner Aaron DeShon Spears ("Spears") has filed Objections, dkt. no. 21. In his Objections, Spears reiterates that he is not challenging the validity of his sentence. Accordingly, Spears contends that he may proceed with his claims pursuant to Section 2241 to resolve errors made by the appellate court on direct review. (Id. at p. 2.) After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Spears' Objections. Consequently, the Court **DISMISSES** Spears' Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241.

Additionally, the Court **DENIES** Spears leave to appeal *in forma pauperis*. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this ___7___ day of ___July___, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA